*AUSA Assigned: ALG*

*County of Investigation: Spokane*

*In Re: Criminal Complaint for Jaskaran Singh*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**May 01, 2023**

SEAN F. McAVOY, CLERK

## AFFIDAVIT

| | |
|---|---|
| STATE OF WASHINGTON | ) |
| | ) ss |
| Spokane County | ) |

## AFFIDAVIT IN SUPPORT

I, Darya Aziz, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION

1.  Your affiant, DEA Special Agent Darya Aziz, is an investigator or law enforcement officer of the United States, within the meaning of *18 U.S.C. § 2510(7)*, and is empowered by law to conduct investigations of, and arrests for, the offenses enumerated in *18 U.S.C. § 2516,* as well as *21 U.S.C § 801, et seq*. This affidavit is submitted to establish probable cause to support the authorization of the requested arrest warrant and criminal complaint.

### TRAINING AND EXPERIENCE

2.  I am a Special Agent with the U.S. Drug Enforcement Administration ("DEA") and have been so employed since February 14, 2022. I am currently assigned to the DEA's Spokane District Office. I have received approximately 17 weeks of training at the DEA Academy in Quantico, Virginia. During this training, I received

Affidavit in Support of Complaint - 1

training in the organizational structure of criminal organizations, how controlled substances are manufactured, consumed, packaged, marketed and distributed, familiar with identifying controlled substances from various drug identification trainings, and online investigations.

3. Prior to joining the DEA, I was employed by the United States Postal Inspection Service (USPIS) as an Investigative Support Analyst from January, 2020 through February, 2022, in Denver, CO. I was assigned to the Mail Theft Unit where I assisted on federal property investigations, financial investigations, violent crime investigations and assisted in federal drug interdictions at the post office. I have also analyzed social media accounts and cellphone extractions to help identify additional co-conspirators and to further federal and state investigations.

4. Based on my training, experience and discussions with other investigators, I am familiar with the various methods used by individuals and drug trafficking organizations (DTO) to obtain, possess, transport, distribute and/or sell controlled substances. I know the methods of individuals and DTOs include but are not limited to the use of cellular telephones, wireless communication technology, counter surveillance, elaborately planned smuggling schemes tied to legitimate businesses, stash houses, false or fictitious identities, and the use of "coded" or vague communications in an attempt to thwart law enforcement.

Affidavit in Support of Complaint - 2

5. In my work as an agent for the DEA, I have conducted interviews with drug traffickers, users, and confidential informants, where I have discussed topics such as preparation, methods of operation, and security measures employed by drug traffickers. I have also participated in numerous criminal investigations involving the execution of federal and state search warrants as they relate to drug trafficking of controlled substances, such as methamphetamine, marijuana, heroin, and fentanyl.

6. During the course of your affiant's employment as a Special Agent, your affiant has participated in numerous criminal investigations and has gained knowledge and experience by working with other federal, state and local law enforcement agencies. Your affiant has participated in federal and state search warrants involving the seizure of the aforementioned listed controlled substances, the seizure of records relating to the manufacturing and distribution of controlled substances, and other types of evidence documenting the activities of drug trafficking organizations and their members. Your affiant has utilized numerous investigative techniques and resources and drawn upon the experience, techniques, and resources he has gained in his employment as a Special Agent.

7. The facts set forth below are based upon (1) my own personal observations; (2) reports and information provided to me by other law enforcement agents or government agencies; (3) evidence collected through investigative operations. Because this affidavit is being submitted solely for establishing probable

Affidavit in Support of Complaint - 3

cause to support a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have only set forth facts necessary to support the authorization of the requested arrest warrant and criminal complaint.

## FACTS IN SUPPORT OF COMPLAINT

8. On September 7, 2022, United States Border Patrol (USBP) was notified by a concerned citizen that there were signs of foot traffic and water bottles leading away from the concerned citizen's property. USBP agents responded and observed two sets of vehicle tracks that turned around in the concerned citizen's property. USBP agents observed the vehicle tracks led to and from the United States and Canadian Border. Thus, USBP placed electronic surveillance equipment in the area.

9. The area in which the motion sensor is located is a remote area approximately one half mile west of the Danville, Washington port of entry. The only route to drive into this area is an unestablished dirt road, Fourth of July Creek Road. Fourth of July Creek road eventually becomes a dead end in the mountains west of Danville, WA. This area is previously known to have been utilized multiple times within the past year to transport controlled substance(s) from both Canada into the United States and from the United States into Canada.

10. On April 30, 2023, Drug Enforcement Administration (DEA) Spokane District Office (SDO) was notified by USBP, Curlew, Washington Office, of the arrest of Jaskaran SINGH on April 29, 2023.

Affidavit in Support of Complaint - 4

11.     On April 29, 2023, at approximately 10:00 pm, United States Border Patrol discovered a motion sensor activation west of Danville, WA, near the international boundary with Canada. USBP observed three individuals carrying backpacks along with a square shaped suitcase heading south away from the United States and Canadian border. See the following two images:



12.     On the same day, at approximately 10:15 pm, USBP agents observed a vehicle (USBP agents later determined it was a 2014 Honda Odyssey; registered owner is "Amonra Seattle Cars LLC") traveling east on Fourth of July Creek Road (the area in which the motion sensor was activated and the only egress from the area).

Affidavit in Support of Complaint - 5

13. Shortly after, USPB contacted the vehicle and approached the driver and sole occupant of the vehicle. USBP identified the driver as Jaskaran SINGH (SINGH possessed his United States Employment Authorization Card and a California Commercial Driver's License). While standing outside the vehicle, USBP agents looked in the vehicle's windows with a flashlight.  USBP agents observed several backpacks and a square suitcase in the rear cargo of the van which had the same physical characteristics as the backpacks and suitcase were carried by the three individuals who had been seen on electronic surveillance approximately fifteen minutes prior.  See the following images of the backpacks and suitcase:



///

///

Affidavit in Support of Complaint - 6

14. At approximately 2222 hours, what appeared to be the same three individuals were seen on surveillance equipment again. This time they were headed north toward Canada. This time they did not appear to have their backpacks and suitcase with them. See the following image:



15. USPB agents requested a K-9 unit to the scene. Approximately one minute later a USPB K-9 arrived to the scene. USBP conducted a K-9 search of the vehicle and the K-9 did not alert to the vehicle. Shortly after, USBP agents then asked SINGH for permission to search the vehicle. SINGH provided verbal consent/permission for agents to search the vehicle and its contents. SINGH was asked twice more and confirmed that the agents could search. USBP agents opened one of the back packs and observed it was filled with smaller baggies of a tan, crystal like substance. Based on my knowledge and experience the described substance is consistent with methamphetamine. USBP then placed SINGH into custody for suspected possession of a controlled substance. Investigators conducted multiple field

Affidavit in Support of Complaint - 7

tests which returned presumptively positive for the presence of methamphetamine and MDMA.

16. In total, the backpacks and suitcase contained over 180 pounds (including packaging) of the mixture or substance that tested presumptive positive for methamphetamine and MDMA. Based on the affiant's knowledge and experience, the quantities of controlled are indictive to distributing narcotics.

## CONCLUSION

17. Based upon the above facts, I believe probable cause exists to charge Jaskaran SINGH with Possession with Intent to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge and belief.

Respectfully Submitted,

_____
Special Agent Darya Aziz
Drug Enforcement Administration

Subscribed electronically and sworn to ~~telephonically~~ in person this 1st day of May, 2023.

_____
James A. Goeke
United States Magistrate Judge

Affidavit in Support of Complaint - 8